UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ANAGNOS, an individual

    Plaintiff,

v.                          Case No: 2:14-cv-350-FtM-38MRM

THE NELSEN RESIDENCE, INC. and
JEROME VALENTA,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the docket. Recently, both Defendants in this action retained new counsel, which led to a Clerk's Default being set aside (Doc. #78). An Amended Case Management Scheduling Order is therefore warranted.

Accordingly, it is now

**ORDERED:**

The Court enters this Amended Case Management and Scheduling Order:

| | | |
|---|---|---|
| Disclosure of Expert Reports | Plaintiff:<br>Defendants: | November 2, 2015<br>November 30, 2015 |
| Discovery Deadline: | | February 1, 2016 |
| Dispositive Motions, *Daubert* Motions: | | February 29, 2016 |
| Mediation Deadline: | | February 1, 2016 |
| Meeting in Person to Prepare Joint Final Pretrial Statement: | | May 6, 2016 |

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

| | |
|---|---|
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form.  A Word version must be emailed to the Chambers inbox): | May 20, 2016 |
| All Other Motions, Including Motions *In Limine*, Trial Briefs: | May 20, 2016 |
| Final Pretrial Conference          Date: Time: Judge: | June 17, 2016 9:30 A.M. The Honorable Sheri Polster Chappell |
| Trial Term Begins: | July 5, 2016 |

**DONE** and **ORDERED** in Fort Myers, Florida, this 17th day of September, 2015.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2