UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL ANAGNOS, an individual

       Plaintiff,

v.                                                                  Case No:  2:14-cv-350-FtM-38MRM

THE NELSEN RESIDENCE, INC.
and JEROME VALENTA,

       Defendants.

                                  /

**ORDER**[1]

This matter comes before the Court on the parties' Joint Motion to Amend Case Management and Scheduling Order (Doc. #84) filed on February 19, 2016.  Recently, the mediation deadline set out in the Case Management and Scheduling Order (Doc. #80) came and went, and the Court heard nothing from the parties.  The Court ordered the parties to advise it on the outcome of their mediation or show cause for why the mediation failed to occur.  (Doc. #83).  The parties responded with the instant Motion explaining that they have been unable to schedule a mediator until April and have been working diligently to move the matter forward.  The parties also request an extension of several upcoming deadlines.  For good cause shown, the Court will amend the Case Management and Scheduling Order as provided below.

       Accordingly, it is now

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

1. The parties' Joint Motion to Amend Case Management and Scheduling Order

   (Doc. #84) is **GRANTED**.

2. The Court enters this Amended Case Management and Scheduling Order:

| | |
|---|---|
| Dispositive Motions, *Daubert* Motions: | April 25, 2016 |
| Mediation Deadline: | April 6, 2016 |
| Meeting in Person to Prepare Joint Final Pretrial Statement: | June 8, 2016 |
| Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, and Exhibit Lists on Approved Form): | June 22, 2016 |
| All Other Motions, Including Motions *In Limine*, Trial Briefs: | June 22, 2016 |
| Final Pretrial Conference          Date:<br>                                                  Time:<br>                                                  Judge: | July 22, 2016<br>9:30 A.M.<br>The Honorable Sheri Polster Chappell |
| Trial Term Begins: | August 1, 2016 |

**DONE** and **ORDERED** in Fort Myers, Florida, this 19th day of February, 2016.


SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


Copies:  All Parties of Record

2